MUDGETT, *Guard.*, v. MELVIN, *Ap't.*

When a guardian, in the settlement of his account in the probate court, charges himself with a balance of $38, and the balance for which he is charged by that court is $275, and on his appeal the balance for which he is finally charged is $216.66, judgment may be rendered without costs to either party.

PROBATE APPEAL. In the settlement of the defendant's account as guardian, in the probate court, he charged himself for a balance of $38. The probate court charged him for a balance of $275, and he appealed. In this court he was charged for a balance of $216.66. No costs were allowed either party, and the appellant excepted.

*J. P. Bartlett*, for the plaintiff.

*T. O. Knowlton*, for the defendant.

ALLEN, J. The exception cannot be sustained. *Griswold* v. *Chandler*, 6 N. H. 61; *Wendell* v. *French*, 19 N. H. 205, 214;

*Mathes* v. *Bennett,* 21 N. H. 188, 203; *Kingman* v. *Kingman,* 31 N. H. 182, 192; *Clarke* v. *Clay,* 31 N. H. 393, 404; *Whitcher* v. *Benton,* 50 N. H. 25; *Olcott* v. *Thompson,* 59 N. H. 154, 157; *Nutter* v. *Varney,* 64 N. H. 334. The question of justice presented by the appellant's motion for costs, was a question of fact determinable at the trial term. The decision of that question required a consideration of evidence that is not stated in the case. It does not appear that wrong would have been done if the appellee had recovered a portion or the whole of his costs.

*Exception overruled.*

BLODGETT, J., did not sit: the others concurred.